UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ELIZABETH HOULIHAN<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>    Defendant. | Civil No. 6:17-cv-01679-MC<br><br>ORDER TO PAY EAJA FEES |

McShane Judge:

Following my review of Plaintiff's Motion and supporting documentation, and in consideration of Defendant's stipulation, and pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, $ 14,937.00 is awarded to Plaintiff in care of her attorney, Nancy J. Meserow, and the check for EAJA fees shall be made payable to Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney Nancy J. Meserow, after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010); and in addition, Plaintiff is awarded $10.00 in postage expenses and $6.00 in photocopying costs pursuant to 28 U.S.C. 1920. Any check issued for EAJA fees or for costs shall be sent to Plaintiff in care of his attorney, Nancy J. Meserow, at her office, located at the following address:

Law Office of Nancy J. Meserow
7540 SW 51st Ave.
Portland, OR  97219.

IT IS SO ORDERED.

Dated this __31st__ day of __July__, 2019

                                           __s/Michael J. McShane__
                                           MICHAEL J. McSHANE
                                           UNITED STATES DISTRICT COURT JUDGE